UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>and<br><br>COMMONWEALTH OF PENNSYLVANIA<br><br>   Plaintiffs,<br><br>   v.<br><br>SCHWAB FAMILY PARTNERSHIP (f/k/a<br>   FRANKLIN SMELTING & REFINING CO.);<br>FRANKLIN SMELTING & REFINING CORP.;<br>FRANCOS REALTY, INC.;<br>MDC INDUSTRIES, INC.;<br>ALBERT SCHWAB;<br>MICHAEL SALTZBURG;<br>BETTY SALTZBURG;<br>BETTY SALTZBURG, as EXECUTRIX of the<br>   ESTATE OF DAVID SALTZBURG;<br>SUSAN SALTZBURG;<br>ROGER SCHWAB;<br>ANN SCHWAB BROWN,<br><br>   Defendants. | Civil Action No. 10-412-JD |

## NOTICE OF LODGING OF CONSENT DECREE

Plaintiff, the United States of America, is hereby lodging with the Court a proposed

Consent Decree that will resolve the liability of all Defendants for all claims in this action under

the Comprehensive Environmental Response, Compensation, and Liability Act, 42 U.S.C.

§ 9607(a), and the Pennsylvania Hazardous Sites Cleanup Act ("HSCA"), 35 P.S. § 6020, for

costs of past and future response actions in connection with the release of hazardous substances

at the Franklin Smelting Site and the Franklin Slag Site in Philadelphia, Pennsylvania.

**The United States requests that the Court not sign the proposed Consent Decree at this time.** Pursuant to Department of Justice regulations codified at 28 C.F.R. § 50.7, the United States is required to publish a notice in the *Federal Register* that the proposed Consent Decree has been lodged with the Court. The notice will solicit public comment for a period of thirty (30) days. Similarly, a 60-day comment period is required under Pennsylvania law for settlements under HSCA. During these public comment periods, no action is required by the Court. After the close of the comment periods, Plaintiffs will evaluate any comments received and will request the Court to take appropriate action regarding the Consent Decree.

Respectfully submitted,

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

*/s/ John W. Sither*
JOHN W. SITHER
Environmental Enforcement Section
U.S. Department of Justice
P.O Box 7611
Washington, D.C. 20044
(202) 514-5484
John.Sither@usdoj.gov

ZANE DAVID MEMEGER
United States Attorney
Eastern District of Pennsylvania

*Susan R. Becker/VJF*
SUSAN R. BECKER
Assistant United States Attorney
Office of the United States Attorney
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
(215) 861-8310
susan.becker@usdoj.gov

OF COUNSEL:

MARK BOLENDER
Assistant Regional Counsel
U.S. Environmental Protection Agency
1650 Arch Street
Philadelphia, PA  19103

CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of the foregoing notice of lodging of consent decree to be served by first class mail, postage prepaid, upon the following:

Margaret A. Hill, Esquire
Blank Rome, LLP
130 North 18th Street
Philadelphia, PA 19103

Joseph J. McGovern, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103

Kenneth J. Warren, Esquire
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19103

_____
SUSAN R. BECKER
Assistant United States Attorney

Dated: 8/30/11