## APPENDIX C

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> and ) <br> ) <br> COMMONWEALTH OF PENNSYLVANIA, ) <br> DEPARTMENT OF ENVIRONMENTAL ) <br> PROTECTION, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SCHWAB FAMILY PARTNERSHIP, ET AL. ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 2:10-cv-00412-JD <br><br> Judgment No. _____ |

### NOTICE OF JUDGMENT LIEN

WHEREAS, by Consent Decree entered on __11\30\11__ (Consent Decree), Settling Defendant Betty Saltzburg consented to the filing of a notice of judgment lien based on the judgment in favor of the United States in the Recorder's Offices of Montgomery County, Pennsylvania, and West Palm Beach County, Florida for the purpose of satisfying the payment provision of Paragraph 8 of the Consent Decree;

WHEREAS, the parties further agreed that the Settlement Amount shall constitute a debt due and owing upon entry of the Consent Decree by the Court and is to be discharged by payment to the Plaintiffs under the terms and conditions as specified in the Consent Decree;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs have judgment against Defendant in the amount of $30,148,432.25, and that Plaintiffs have execution therefore as specified in the Consent Decree.

DATED: NOVEMBER 30, 2011

SO ORDERED:

_____
Jan E. DuBois
UNITED STATES DISTRICT JUDGE